Richard Wahng (SBN 225672)
Ray H. Choi (SBN 256619)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
Tel: (510) 490-4447
Fax: (510) 344-5755

Attorney for Plaintiff
MARIA GOMEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA GOMEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIBYLLE COE, an individual; and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | Case No. C 12-6545-LB<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER TO DISMISS** |

　　　　Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), the parties to this action, Plaintiff MARIA GOMEZ and Defendant SIBYLLE COE, stipulate to the dismissal of the above-captioned action with prejudice.


Dated: September 12, 2013                LAW OFFICES OF RICHARD WAHNG

　　　　　　　　　　　　　　　　　　　　 /s/  Ray H. Choi
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RAY H. CHOI
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Maria Gomez


Dated: September 12, 2013                MUCH SHELIST, P.C.

　　　　　　　　　　　　　　　　　　　　 /s/  Joshua B. Rittenberg
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSHUA B. RITTENBERG
　　　　　　　　　　　　　　　　　　　Attorney for Defendant Sibylle Coe

1 | IT IS HEREBY ORDERED,

2 |     That pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), with the stipulation of dismissal by the

3 | parties above, the above-captioned action is DISMISSED with prejudice.

5 | Dated: September 12, 2013

6 |                            JUDGE LAUREL BEELER
                           United States Magistrate Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER TO DISMISS